IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy Traver,           ) | No. CV 05-319-TUC-CKJ |
|                         ) | |
| Plaintiff,     ) | **ORDER** |
|                         ) | |
| vs.                     ) | |
|                         ) | |
| Tucson Unified School District, ) | |
|                         ) | |
| Defendants.    ) | |
|                         ) | |

Pending before the Court is Plaintiff's Motion for Reconsideration. Plaintiff urges the Court to reconsider its previous order granting Defendant's Motion to Dismiss.

A denial of a motion for reconsideration is reviewed for an abuse of discretion. *See School Dist. No. 1J, Multnomah County v. AcandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993) The relevant standard for reconsideration comes from Rule 60(b), which "provides for reconsideration only upon a showing of (1) mistake, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) void judgment; (5) a satisfied or discharged judgment; or (6) 'extraordinary circumstances' which would justify relief." *Id.* at 1263. A motion for reconsideration should not be used to ask a court to "rethink what the court had already thought through-rightly or wrongly." *Defenders of Wildlife v. Browner*, 909 F. Supp. 1342, 1351 (D. Ariz. 1995). Arguments that a court was in error on the issues it considered should be directed to the court of appeals. *Refrigeration Sales Co. v. Mitchell-Jackson, Inc.*, 605 F.Supp. 6, 7 (N.D.Ill. 1983).

1   After a review of the relevant facts and law as well as Plaintiff's motion, the Court, in its
2   discretion, declines to reconsider the previous ruling.  Accordingly, IT IS HEREBY
3   ORDERED that Plaintiff's motion is **DENIED**.

DATED this 2nd day of November, 2005.

_____
Cindy K. Jorgenson
United States District Judge